IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT

SEP 1 3 2001

JOSE MENENDEZ and MERIDA
MONTEAGUDO, Individually and as
Representatives of the Estates of
JUAN MENENDEZ and
CLOTILDE MENENDEZ, deceased.

Plaintiffs.

vs.   No. CIV 2000-904-BB/LFG-ACE

BRIDGESTONE/FIRESTONE, INC.
FORD MIDWAY MALL, INC., and
FRED JONES FORD OF OKLAHOMA
CITY, INC/FRED JONES FORD OF
OKLAHOMA CITY, LLC,

Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE
### OF DEFENDANT BRIDGESTONE/FIRESTONE, INC.

THIS MATTER having come on for hearing before the Court on the joint motion of Plaintiffs Jose Menendez and Merida Monteagudo, Individually and as Representatives of the Estates of Juan Menendez and Clotilde Menendez, deceased, and Defendant Bridgestone/Firestone, Inc., moving this Court for an order dismissing Plaintiff's Complaint filed in the above-numbered and captioned cause, together with all claims which were either made therein, or which could have been made therein, with prejudice, as to Defendant Bridgestone/Firestone, Inc., and the Court being otherwise fully advised in the premises:

FINDS:

That said motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Complaint filed in the above numbered and captioned cause, together with all claims which were either made therein, or



which could have been made therein, should be, and the same hereby are, dismissed with prejudice as to Defendant Bridgestone/Firestone, Inc.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Patrick A. Casey
Attorneys for Plaintiffs


KELEHER & MCLEOD, P.A.

_____
Arthur O. Beach
Attorneys for Defendant Bridgestone/Firestone, Inc.


jec0110